Corey BASS, Appellant,

v.

Larry NORRIS, Director, Arkansas Department of Correction, Appellee.

No. 00–2361.

United States Court of Appeals, Eighth Circuit.

Submitted May 30, 2001.

Filed June 4, 2001.

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

PER CURIAM.

Corey Bass appeals the district court's [1] dismissal of his 28 U.S.C. § 2254 petition. Having carefully reviewed the record and the parties' submissions on appeal, we affirm for the reasons stated by the district court. *See* 8th Cir. R. 47B.

Adrienne MCGLONE, Appellant,

v.

CITY OF LINCOLN; Lancaster County Health Department, Appellees.

No. 00–3174.

United States Court of Appeals, Eighth Circuit.

Submitted May 29, 2001.

Filed June 4, 2001.

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

PER CURIAM.

Adrienne McGlone appeals from the district court's judgment in favor of defendants following a bench trial in McGlone's employment discrimination lawsuit. Having carefully considered the arguments in McGlone's brief, we are satisfied that no error of law appears and the district court correctly found that race and retaliation had nothing to do with McGlone's termination. Accordingly, without further discussion, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable Stephen M. Reasoner, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.